1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    ANTHONY SMITH,                          Case No.  25-cv-02220-JSW

8                     Plaintiff,

9           v.                               **ORDER OF TRANSFER**

10   ADMINISTRATION OF N. KERN &
     CMC, et al.,
11
                      Defendants.
12
          Plaintiff, an inmate in the California Men's Colony ("CMC") who is proceeding pro se,

13   has filed a civil rights complaint.

14        When, as here, jurisdiction is not founded on diversity, venue is proper in the district in

15   which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in

16   which a substantial part of the events or omissions giving rise to the claim occurred, or a

17   substantial part of property that is the subject of the action is situated, or (3) a judicial district in

18   which any defendant may be found, if there is no district in which the action may otherwise be

19   brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the

20   discretion either to dismiss the case or transfer it to the proper federal court "in the interest of

21   justice."  28 U.S.C. § 1406(a).

22        The Defendants are located at CMC at North Kern State Prison ("NKSP").  The events

23   giving rise to Plaintiff's claims took place at CMC and NKSP.  CMC is located in San Luis

24   Obispo County, which lies within the venue of the United States District Court for the Central

25   District of California.   *See* 28 U.S.C. § 84.  NKSP is located in Kern County, which lies within

26   the venue of the United States District Court for the Eastern District of California. *See id.*  As

27   Plaintiff is at CMC, the Central District is the more convenient forum of the two.  *See* 28 U.S.C. §

28

*United States District Court*
*Northern District of California*

1404(a).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California

2