UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-07591-KK-MARx** | Date: | October 21, 2025 |
|---|---|---|---|
| Title: | ***Anthony Smith v. Administration of N. Kern & CMC et al.*** | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Twyla Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

  Plaintiff Anthony Smith ("Plaintiff"), proceeding pro se, initiated this action by filing a Complaint in the Northern District of California on March 4, 2025.  ECF Docket No. ("Dkt.") Dkt. 1.  However, Plaintiff failed to pay the filing fee or submit an application to proceed in forma pauperis.  Hence, that same day, that court issued an order identifying this deficiency and directing Plaintiff to file an in forma pauperis application within 28 days with a copy of his certified inmate trust account.  Dkt. 2.  The court warned Plaintiff that failure to comply would result in the action being dismissed.  Id.  While Plaintiff subsequently filed a copy of his certified inmate trust account statement, Dkts. 3-4, he failed to file an application to proceed in forma pauperis.

  On August 6, 2025, the matter was transferred to this Court.  Dkts. 5-6.  On August 14, 2025, following Plantiff's failure to file an application to proceed in forma pauperis, the Court issued an Order requiring Plaintiff to pay the filing fee in full within 30 days.  Dkt. 7.  Plaintiff was expressly advised that failure to comply with this instruction would result in this action being dismissed without prejudice.  Id.

  To date, Plaintiff has not submitted an application to proceed in forma pauperis nor paid the required filing fees.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

  **IT IS SO ORDERED.**